# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRON TAYLOR**                                                                                          **PLAINTIFF**
Reg. #32444-009

v.                                              No: 4:22-cv-01257-PSH

**CIGI SCOTT**                                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of defendant Cigi Scott. Plaintiff Jerron Taylor's claims against Scott are dismissed with prejudice.

DATED this 24th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE